IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00731-BNB

JASON GREGGORY COMPTON,

    Plaintiff,

v.

MR. SHANE HEAP, The Elbert County Sheriff,

    Defendant.

## ORDER OF DISMISSAL

On March 23, 2012, Plaintiff Jason Greggory Compton, acting *pro se*, submitted to the Court a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 .  At the time Mr. Compton initiated this action, he was detained at the Elbert County Jail in Kiowa, Colorado.

On May 22, 2012, Magistrate Judge Boyd N. Boland entered an order granting Mr. Compton leave to proceed pursuant to 28 U.S.C. § 1915 and instructing him to pay an initial partial filing fee of $24.00.  Mr. Compton was warned that the action would be dismissed without further notice if he failed to pay the $24.00 within thirty days.

The May 22 Order was returned to the Court on June 14, 2012.  The envelope, in which the Order was sent to Mr. Woods was marked, "RTS" and "Return to Sender No Longer Here."  Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, states that a party must file a notice of a new address within five days of any change of address.  Nonetheless, Mr. Compton now has

failed to communicate with the Court, and as a result he has failed to pay the initial partial filing fee within the time allowed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Compton files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice.

DATED at Denver, Colorado, this  5th  day of     July    , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court